# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-1923
_____

ARCHIE W. ALBRITTON and
SHIRLEY ALBRITTON,

     Appellants,

     v.

U.S. BANK NATIONAL
ASSOCIATION, as Trustee for
Sasco Mortgage Loan Trust
2005-WF3,

     Appellee.

_____


On appeal from the Circuit Court for Gadsden County.
Robert R. Wheeler, Judge.

September 1, 2020


PER CURIAM.

     AFFIRMED.

RAY, C.J., and JAY and TANENBAUM, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————

Donna Greenspan Solomon of Solomon Appeals, Mediation & Arbitration, Fort Lauderdale, for Appellants.

Serena Kay Tibbitt of Fidelity National Law Group, Fort Lauderdale; M. Hope Keating and Karusha Y. Sharpe of Greenberg Traurig, P.A., Tallahassee; and Michele L. Stocker of Greenberg Traurig, P.A., Fort Lauderdale for Appellee.